**Charles SWIFT, Plaintiff–Appellant**

v.

**Wadie THOMAS; Matthew Kahler, Defendants–Appellees**

**No. 16-3200**

United States Court of Appeals, Eighth Circuit.

Submitted: October 20, 2016

Filed: October 21, 2016

Charles Swift, Pro Se.

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Charles Swift appeals after the district court[1] dismissed, without prejudice, his 42 U.S.C. § 1983 complaint requesting that the district court impose directions upon a state-court judge. Upon careful review, and for the reasons stated by the district court, we conclude that the dismissal was proper. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e)(2)(B) dismissal is reviewed de novo).

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Accordingly, we affirm. *See* 8th Cir. R. 47B.